**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**ANTHONY SIKORA,**

      **Plaintiff,**

**vs.**                          **Case No. 4:10cv166-RH/WCS**

**OFFICER WHITE, et al.,**

      **Defendants.**

_____/


## REPORT AND RECOMMENDATION

In an order filed July 6, 2010, Plaintiff was directed to file an amended complaint by August 6, 2010. Doc. 7. On July 14, 2010, Plaintiff's copy of that order was returned to the Clerk's office marked "return to sender." Doc. 8. A check with the Leon County Jail reveals that the Plaintiff was released from custody on June 7, 2010, and gave no forwarding address. To date, Plaintiff has not notified the court of a new address.

It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address. Since Plaintiff has not notified this court of any change of address, this case should be dismissed for want of prosecution. It is doubtful that Plaintiff will even receive a copy of this report and recommendation. In the event that

he does receive a copy of this report and recommendation, the court will allow him an

opportunity to show cause why this report and recommendation should be vacated,

failing which, the Clerk shall be directed to forward the report and recommendation to

the assigned district judge.

It is therefore **RECOMMENDED** that this case be **DISMISSED WITHOUT**

**PREJUDICE.**

**IN CHAMBERS** at Tallahassee, Florida, on July 29, 2010.


s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**